## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 13-_____** |
| | : | |
| v. | : | **VIOLATION:** |
| | : | |
| **CHAE HUN CHONG,** | : | 26 U.S.C. § 7207 (FRAUDULENT |
| | : | RETURN, STATEMENT, OR OTHER |
| **Defendant.** | : | DOCUMENT) |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning on or about April 15, 2009, through on or about April 15, 2011, the defendant, CHAE HUN CHONG, did willfully deliver United States Individual Income Tax Returns, Forms 1040 for himself, to the Internal Revenue Service that he knew to be false as to a material matter, to wit, for those calendar years, defendant CHONG did not claim as income on the Forms 1040 any amount of money paid to defendant CHONG by Core Technology, LLC, and Enterprise Technical Solutions Incorporated, even though defendant CHONG knew he had used such money for his personal benefit.

(Fraudulent Returns, Statements, or Other Documents, in violation of Title 26, United States Code, Section 7207)

RONALD C. MACHEN JR.
United States Attorney
For the District of Columbia

By: _____
MICHAEL K. ATKINSON
JAMES E. SMITH
Assistant United States Attorneys
555 4th Street, N.W., 5th Floor
Washington, D.C.  20530
202.252.7817 (Atkinson)
202.252.6976 (Smith)
Michael.Atkinson2@usdoj.gov
James.Smith14@usdoj.gov

DATED:  July 29, 2013